435 A.2d 657

Commonwealth v. Stevens, Appellant.

Submitted September 11, 1980. Timothy J. Savage, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.